UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

| | |
|---|---|
| Matthew C. Stabenow | Chapter 7 |
| Stephanie M. Stabenow | Case No. 17-32593 |

Debtors.

## NOTICE OF SALE

To:  The United States Trustee, all creditors and other parties in interest.

On November 23, 2017, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will sell property of the estate as follows:

| | | |
|---|---|---|
| 1. | 1994 Polaris XLT | $   100.00 |
| 2. | Cash | $     50.00 |
| 3. | US Bank checking 3038 | $   612.10 |
| 4. | US Bank savings 9130 | $     50.00 |
| 5. | Capital One savings 6857 | $   930.45 |
| 6. | Non-exempt wages - Matthew | $   281.91 |
| 7. | Non-exempt wages - Stephanie | $   130.93 |
| 8. | 2016 property tax refund | $1,880.00 |
| 9. | HSA account | $   295.50 |
| | TOTAL | $4,330.89 |

The debtors have now stipulated that all of the above property is non-exempt.  The total amount of the above non-exempt property equals Four Thousand Three Hundred Thirty and 89/100s ($4,330.89) Dollars.  The debtors have paid to the bankruptcy estate Four Thousand Three Hundred Thirty and 89/100s ($4,330.89) Dollars for the above non-exempt property.  Based on the cost of retrieving the above property and marketing items of this nature, the trustee believes acceptance of the debtors' offer to be in the best interest of creditors.

**OBJECTION:  MOTION:  HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The trustee will schedule the hearing with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Clerk of Bankruptcy Court | United States Trustee | Trustee |
| U.S. Bankruptcy Court | 1015 US Courthouse | (see address below) |
| Warren Burger Federal Bldg. | 300 South 4th Street | |
| Suite 200 | Minneapolis, MN  55415 | |
| 316 North Robert Street | | |
| St. Paul, MN 55101 | | |

Dated:  November 2, 2017.

/e/ Patti J. Sullivan

| | |
|---|---|
| Patti J. Sullivan, Trustee | #170124 |
| 1595 Selby Avenue, Suite 205 | |
| St. Paul, MN  55104 | |
| (651) 699-4825 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:  MATTHEW C STABENOW
        STEPHANIE M STABENOW

CASE NO: 17-32593

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

---

On 11/2/2017, I did cause a copy of the following documents, described below,

Notice of Sale,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 11/2/2017

/s/ Patti J. Sullivan
Patti J. Sullivan  170124
Sullivan Law Firm, P.A.
1595 Selby Ave. #205
St. Paul, MN  55104
651 699 4825
krisann@pattisullivan.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  MATTHEW C STABENOW
STEPHANIE M STABENOW

CASE NO: 17-32593

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/2/2017, a copy of the following documents, described below,

Notice of Sale,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/2/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sullivan Law Firm, P.A.
Patti J. Sullivan
1595 Selby Ave. #205
St. Paul, MN  55104

PARTIES DESIGNATED WITH A "+" WERE SERVED VIA FIRST CLASS MAIL. ADDITIONALLY,
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*                          *EXCLUDE*

1 LABEL MATRIX FOR LOCAL NOTICING    ~~2 ST PAUL~~                      3 ALLERGY AND ASTHMA CARE PA
08643                                ~~200 WARREN E BURGER FEDERAL BUILDING~~   12000 ELM CREEK BLVD
CASE 17-32593                        ~~AND~~                           SUITE 360
DISTRICT OF MINNESOTA                ~~US COURTHOUSE~~                  MAPLE GROVE MN 55369-7076
ST PAUL                              ~~316 N ROBERT ST~~
THU NOV 2 08-37-26 CDT 2017          ~~ST PAUL MN 55101 1465~~

4 ALLTRAN FINANCIAL                  5 ALLTRAN HEALTH                  6 CAPITAL ONE
PO BOX 4043                          PO BOX 519                        ATTN BANKRUPTCY
CONCORD CA 94524-4043                SAUK RAPIDS MN 56379-0519         PO BOX 30253
                                                                      SALT LAKE CITY UT 84130-0253

7 CAPITAL ONE BANK USA NA            8 CITIBANK VISA                   9 CITY  COUNTY CREDIT U
PO BOX 71083                         PO BOX 790057                     144 11TH ST E
CHARLOTTE NC 28272-1083              ST LOUIS MO 63179-0057            SAINT PAUL MN 55101-2332

10 CONNEXUS CREDIT UNION             11 DS ERICKSON  ASSOCIATES        12 FAIRVIEW HEALTH SERVICES
PO BOX 8026                          920 SECOND AVE SOUTH SUITE 800    400 STINSON BLVD NE
WAUSAU WI 54402-8026                 MINNEAPOLIS MN 55402-4007         MINNEAPOLIS MN 55413-2613

13 FAIRVIEW HEALTH SERVICES          14 FAIRVIEW HOME MEDICAL EQUIPMENT  15 FAIRVIEW PHARMACY SERVICES
PO BOX 199                           PO BOX 1221                       711 KASOTA AVE SE
MINNEAPOLIS MN 55440-0199            MINNEAPOLIS MN 55440-1221         MINNEAPOLIS MN 55414-2842

16 FIRST NATIONAL BANK               17 FIRST NATIONAL BANK OF OMAHA   18 JCC
ATTN FNN LEGAL DEPT                  1620 DODGE STREET STOP CODE 3105  PO BOX 519
1620 DODGE ST MAILSTOP CODE 3290     OMAHA NE 68197-0002               SAUK RAPIDS MN 56379-0519
OMAHA NE 68102-1593

19 MEYER  NJUS                       20 MINNESOTA HEALTH CLINICS       21 PORTFOLIO RECOVERY ASSOCIATES LLC
1100 US BANK PLAZA                   PO BOX 860493                     PO BOX 41067
200 SOUTH SIXTH STREET               MINNEAPOLIS MN 55486-0493         NORFOLK VA 23541-1067
MINNEAPOLIS MN 55402-1595

22 TD BANK USA                       23 TARGET                         24 THE AFFILIATED GROUP I
BY AMERICAN INFOSOURCE LP AS AGENT   CO FINANCIAL  RETAIL SRVS         3055 41ST ST NW STE 100
PO BOX 248866                        MAILSTOPN BT POB 9475             ROCHESTER MN 55901-9013
OKLAHOMA CITY OK 73124-8866          MINNEAPOLIS MN 55440-9475

                                                                      *EXCLUDE*

25 US BANK HOME MORTGAGE             26 US BANK                        ~~27 US TRUSTEE~~
ATTN BANKRUPTCY DEPARTMENT           PO BOX 5229                       ~~1015 US COURTHOUSE~~
PO BOX 5229                          CINCINNATI OH 45201-5229          ~~300 S 4TH ST~~
CINCINNATI OH 45201-5229                                              ~~MINNEAPOLIS MN 55415 3070~~

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED (see FIRST PAGE FOR EXPLANATION).
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 UNIVERSITY OF MN PHYSICIANS
PO BOX 860481
MINNEAPOLIS MN 55486-0465

29 WELLS FARGO HOME MOR
WRITTEN CORRESPONDENCE RESOLUTIONS
MAC2302-04E
DESMOINES IA 50306

*EXCLUDE*

30 KATIE M JARVI
JOHNSON TURNER LEGAL
56 E BROADWAY AVE
STE 206
FOREST LAKE MN 55025-1660

*DEBTOR*

31 MATTHEW C STABENOW
24442 HOLM OAK AVE
FOREST LAKE MN 55025-4005

*EXCLUDE*

32 PATTI J SULLIVAN
1595 SELBY AVE STE 205
ST PAUL MN 55104-4520

33 STEPHANIE M STABENOW
24442 HOLM OAK AVE
FOREST LAKE MN 55025-4005