**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: STABENOW, MATTHEW C.     §    Case No. 17-32593-KAC
       STABENOW, STEPHANIE M.     §
                                                           §
                                                           §
            Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Patti J. Sullivan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $542,762.88 | Assets Exempt: | $286,800.88 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,945.34 | Claims Discharged Without Payment: | $89,234.49 |
| Total Expenses of Administration: | $1,887.38 | | |

      3) Total gross receipts of $8,833.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1.17 (see **Exhibit 2**), yielded net receipts of $8,832.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $405,846.00 | $43,571.04 | $43,571.04 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,887.38 | $1,887.38 | $1,887.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $78,873.68 | $74,059.50 | $74,059.50 | $6,945.34 |
| **TOTAL DISBURSEMENTS** | $484,719.68 | $119,517.92 | $119,517.92 | $8,832.72 |

4) This case was originally filed under chapter 7 on 08/11/2017. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2018         By: /s/ Patti J. Sullivan
                                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4589 Victor Path, #5, Hugo, MN 55038 (rental) | 1110-000 | $4,500.00 |
| Stephanie - wages earned but unpaid - 4 days | 1129-000 | $130.93 |
| HSA Account | 1129-000 | $295.50 |
| 2016 property tax refund | 1224-000 | $1,880.00 |
| Cash | 1129-000 | $50.00 |
| Matt - wages earned but upaid prorated - 4 days | 1129-000 | $281.91 |
| U.S. Bank Checking account ending 3038 | 1129-000 | $612.10 |
| Capital One 360 Savings account ending 421 | 1129-000 | $930.45 |
| Estimated 2017 prorated federal tax refund (61%) | 1124-000 | $3.00 |
| 1994 Polaris XLT | 1129-000 | $100.00 |
| U.S. Bank Savings account ending 9130 | 1129-000 | $50.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,833.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Matthew and Stephanie Stabenow | non estate portion of 2017 federal tax refund | 8500-002 | $1.17 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1.17** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | City & County Credit U | 4110-000 | $10,019.00 | $9,570.84 | $9,570.84 | $0.00 |
| 3 | City & County Credit U | 4210-000 | $16,707.00 | $15,665.84 | $15,665.84 | $0.00 |
| 8 | Connexus Credit Union | 4210-000 | $19,772.00 | $18,334.36 | $18,334.36 | $0.00 |
| N/F | US Bank Home Mortgage | 4110-000 | $124,649.00 | NA | NA | NA |
| N/F | Wells Fargo Home Mor | 4110-000 | $234,699.00 | NA | NA | NA |
| | TOTAL SECURED | | $405,846.00 | $43,571.04 | $43,571.04 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Patti J. Sullivan | 2100-000 | NA | $1,633.27 | $1,633.27 | $1,633.27 |
| Trustee, Expenses - Patti J. Sullivan | 2200-000 | NA | $168.39 | $168.39 | $168.39 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $85.72 | $85.72 | $85.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,887.38 | $1,887.38 | $1,887.38 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7100-000 | $8,285.00 | $8,324.19 | $8,324.19 | $780.65 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $389.00 | $414.34 | $414.34 | $38.86 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $876.00 | $872.78 | $872.78 | $81.85 |
| 6 | TD Bank, USA | 7100-000 | $1,980.00 | $1,980.82 | $1,980.82 | $185.76 |
| 7 | FAIRVIEW HEALTH SERVICES | 7100-000 | $4,907.89 | $7,860.49 | $7,860.49 | $737.16 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $16,785.63 | $16,785.63 | $1,574.16 |
| 10 | Midland Funding, LLC | 7100-000 | $18,392.46 | $18,156.12 | $18,156.12 | $1,702.69 |
| 11 | U.S. Bank National Association | 7100-000 | $15,885.00 | $14,703.87 | $14,703.87 | $1,378.94 |
| 12 | U.S. Bank National Association | 7100-000 | $6,038.00 | $4,961.26 | $4,961.26 | $465.27 |
| N/F | Allergy and Asthma Care PA | 7100-000 | $44.36 | NA | NA | NA |
| N/F | Alltran Health | 7100-000 | $102.07 | NA | NA | NA |
| N/F | Fairview Health Services | 7100-000 | $611.20 | NA | NA | NA |
| N/F | Fairview Health Services | 7100-000 | $600.19 | NA | NA | NA |
| N/F | Fairview Health Services | 7100-000 | $18.65 | NA | NA | NA |
| N/F | Fairview Home Medical Equipment | 7100-000 | $52.23 | NA | NA | NA |
| N/F | Fairview Pharmacy Services | 7100-000 | $3.29 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Minnesota Health Clinics | 7100-000 | $1,830.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $18,521.00 | NA | NA | NA |
| N/F | The Affiliated Group I | 7100-000 | $221.00 | NA | NA | NA |
| N/F | University of MN Physicians | 7100-000 | $116.34 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$78,873.68** | **$74,059.50** | **$74,059.50** | **$6,945.34** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-32593-KAC  
Case Name: STABENOW, MATTHEW C. STABENOW, STEPHANIE M.  
For Period Ending: 10/12/2018

Trustee Name: (430100) Patti J. Sullivan  
Date Filed (f) or Converted (c): 08/11/2017 (f)  
§ 341(a) Meeting Date: 09/11/2017  
Claims Bar Date: 12/18/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4589 Victor Path, #5, Hugo, MN 55038 (rental) | 139,800.00 | 4,500.00 | | 4,500.00 | FA |
| 2 | 24442 Holm Oak Ave, Forest Lake, MN 55025 | 303,200.00 | 0.00 | | 0.00 | FA |
| 3 | 2010 GMC Acadia, 100,000 miles | 8,147.00 | 0.00 | | 0.00 | FA |
| 4 | 2011 Chevrolet Silverado, 90,000 miles | 13,056.00 | 0.00 | | 0.00 | FA |
| 5 | 1994 Polaris XLT | 100.00 | 100.00 | | 100.00 | FA |
| 6 | Regular household goods | 2,185.00 | 0.00 | | 0.00 | FA |
| 7 | Used Men's and Woman's clothing, shoes | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Men's wedding band | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 50.00 | 50.00 | | 50.00 | FA |
| 10 | U.S. Bank Checking account ending 3038 | 749.46 | 612.10 | | 612.10 | FA |
| 11 | US Bank Savings account ending 0365 | 50.00 | 0.00 | | 0.00 | FA |
| 12 | U.S. Bank Savings account ending 9130 | 0.00 | 50.00 | | 50.00 | FA |
| 13 | Capital One 360 Savings account ending 421 | 780.45 | 930.45 | | 930.45 | FA |
| 14 | HSA Account | 200.00 | 295.50 | | 295.50 | FA |
| 15 | Thrivent 401 (k) | 135,357.72 | 0.00 | | 0.00 | FA |
| 16 | Donlar Construction 401(k) | 31,943.81 | 0.00 | | 0.00 | FA |
| 17 | Thrivent Pension plan | 16,260.24 | 0.00 | | 0.00 | FA |
| 18 | Primerica Roth IRA | 31,303.11 | 0.00 | | 0.00 | FA |
| 19 | Estimated 2017 prorated federal tax refund (61%)<br>$3 x 61% = $1.83 | 3,286.50 | 1.83 | | 3.00 | FA |
| 20 | Estimated 2017 prorated state tax refund<br>Owed state | 10.00 | 0.00 | | 0.00 | FA |
| 21 | Stephanie - wages earned but unpaid - 4 days | 468.00 | 130.93 | | 130.93 | FA |
| 22 | 1 ladies wedding band | 300.00 | 0.00 | | 0.00 | FA |
| 23 | Matt - wages earned but upaid prorated - 4 days | 880.00 | 281.91 | | 281.91 | FA |
| 24 | 2016 property tax refund (u) | 1,880.00 | 1,880.00 | | 1,880.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.: 17-32593-KAC  
Case Name: STABENOW, MATTHEW C.  
STABENOW, STEPHANIE M.  
For Period Ending: 10/12/2018

Trustee Name: (430100) Patti J. Sullivan  
Date Filed (f) or Converted (c): 08/11/2017 (f)  
§ 341(a) Meeting Date: 09/11/2017  
Claims Bar Date: 12/18/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 24  Assets Totals (Excluding unknown values) | $690,957.29 | $8,832.72 | | $8,833.89 | $0.00 |

**Major Activities Affecting Case Closing:**

       Per notice of sale dated 11/02/17 [DKT 12], Debtors paid $4,330.89 for assets 5, 9, 10, 12, 13, 14, 21, 23 & 24. Report of Trustee filed on 11/28/17.

       Per notice of sale dated 01/25/18 [DKT 16], Debtors will pay $4,500 for asset 1 in monthly payments of $1,125, commencing on 02/01/18. Report of Trustee filed on 04/02/18.

**Initial Projected Date Of Final Report (TFR):** 12/01/2018     **Current Projected Date Of Final Report (TFR):** 06/05/2018 (Actual)

10/12/2018  
Date

/s/Patti J. Sullivan  
Patti J. Sullivan

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-32593-KAC | Trustee Name: | Patti J. Sullivan (430100) |
|---|---|---|---|
| Case Name: | STABENOW, MATTHEW C. STABENOW, STEPHANIE M. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******4766 Checking Account |
| Taxpayer ID #: | **-***6435 | Blanket Bond (per case limit): | $26,510,000.00 |
| For Period Ending: | 10/12/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/12/17 | | Matthew C Stabenow | Sale of non-exempt property | | 4,330.89 | | 4,330.89 |
| | {5} | | 1994 Polaris XLT $100.00 | 1129-000 | | | 4,330.89 |
| | {9} | | Cash $50.00 | 1129-000 | | | 4,330.89 |
| | {10} | | US Bank checking $612.10 | 1129-000 | | | 4,330.89 |
| | {12} | | US Bank savings $50.00 | 1129-000 | | | 4,330.89 |
| | {13} | | Capital One savings $930.45 | 1129-000 | | | 4,330.89 |
| | {14} | | HSA account $295.50 | 1129-000 | | | 4,330.89 |
| | {21} | | Wages - Stephanie $130.93 | 1129-000 | | | 4,330.89 |
| | {23} | | Wages - Matt $281.91 | 1129-000 | | | 4,330.89 |
| | {24} | | 2016 property tax refund $1,880.00 | 1224-000 | | | 4,330.89 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,320.89 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,310.89 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,300.89 |
| 01/29/18 | {1} | Matthew C Stabenow | Rental property | 1110-000 | 1,125.00 | | 5,425.89 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,415.89 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,405.89 |
| 03/01/18 | {1} | Matthew C Stabenow | Rental property | 1110-000 | 1,125.00 | | 6,530.89 |
| 03/30/18 | {1} | Stephanie Preston | Rental Property | 1110-000 | 2,250.00 | | 8,780.89 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,770.89 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.87 | 8,759.02 |
| 05/10/18 | {19} | United States Treasury | 2017 federal tax refund | 1124-000 | 3.00 | | 8,762.02 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.85 | 8,748.17 |
| | | | **Page Subtotals:** | | **$8,833.89** | **$85.72** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                                                                  ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-32593-KAC | Trustee Name: | Patti J. Sullivan (430100) |
|---|---|---|---|
| Case Name: | STABENOW, MATTHEW C. STABENOW, STEPHANIE M. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******4766 Checking Account |
| Taxpayer ID #: | **-***6435 | Blanket Bond (per case limit): | $26,510,000.00 |
| For Period Ending: | 10/12/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/05/18 | 101 | Matthew and Stephanie Stabenow | non estate portion of 2017 federal tax refund Stopped on 09/10/2018 | 8500-005 | | 1.17 | 8,747.00 |
| 07/09/18 | 102 | Patti J. Sullivan | Combined trustee compensation & expense dividend payments. | | | 1,801.66 | 6,945.34 |
| | | | Claims Distribution - Tue, 06-05-2018 $1,633.27 | 2100-000 | | | 6,945.34 |
| | | | Claims Distribution - Tue, 06-05-2018 $168.39 | 2200-000 | | | 6,945.34 |
| 07/09/18 | 103 | First National Bank of Omaha | Distribution payment - Dividend paid at 9.38% of $8,324.19; Claim # 1; Filed: $8,324.19 | 7100-000 | | 780.65 | 6,164.69 |
| 07/09/18 | 104 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 9.38% of $414.34; Claim # 4; Filed: $414.34 | 7100-000 | | 38.86 | 6,125.83 |
| 07/09/18 | 105 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 9.38% of $872.78; Claim # 5; Filed: $872.78 | 7100-000 | | 81.85 | 6,043.98 |
| 07/09/18 | 106 | TD Bank, USA | Distribution payment - Dividend paid at 9.38% of $1,980.82; Claim # 6; Filed: $1,980.82 | 7100-000 | | 185.76 | 5,858.22 |
| 07/09/18 | 107 | FAIRVIEW HEALTH SERVICES | Distribution payment - Dividend paid at 9.38% of $7,860.49; Claim # 7; Filed: $7,860.49 | 7100-000 | | 737.16 | 5,121.06 |
| 07/09/18 | 108 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 9.38% of $16,785.63; Claim # 9; Filed: $16,785.63 | 7100-000 | | 1,574.16 | 3,546.90 |
| 07/09/18 | 109 | Midland Funding, LLC | Distribution payment - Dividend paid at 9.38% of $18,156.12; Claim # 10; Filed: $18,156.12 | 7100-000 | | 1,702.69 | 1,844.21 |
| 07/09/18 | 110 | U.S. Bank National Association | Distribution payment - Dividend paid at 9.38% of $14,703.87; Claim # 11; Filed: $14,703.87 | 7100-000 | | 1,378.94 | 465.27 |
| 07/09/18 | 111 | U.S. Bank National Association | Distribution payment - Dividend paid at 9.38% of $4,961.26; Claim # 12; Filed: $4,961.26 | 7100-000 | | 465.27 | 0.00 |
| 09/10/18 | 101 | Matthew and Stephanie Stabenow | non estate portion of 2017 federal tax refund Stopped: check issued on 06/05/2018 | 8500-005 | | -1.17 | 1.17 |
| 09/17/18 | 112 | Matthew and Stephanie Stabenow | non estate portion of 2017 federal tax refund | 8500-002 | | 1.17 | 0.00 |
| | | | **Page Subtotals:** | | **$0.00** | **$8,748.17** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 17-32593-KAC | Trustee Name: | Patti J. Sullivan (430100) |
|---|---|---|---|
| Case Name: | STABENOW, MATTHEW C. STABENOW, STEPHANIE M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6435 | Account #: | ******4766 Checking Account |
| For Period Ending: | 10/12/2018 | Blanket Bond (per case limit): | $26,510,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 8,833.89 | 8,833.89 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 8,833.89 | 8,833.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$8,833.89** | **$8,833.89** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

**Case No.:** 17-32593-KAC
**Case Name:** STABENOW, MATTHEW C.
STABENOW, STEPHANIE M.
**Taxpayer ID #:** **-***6435
**For Period Ending:** 10/12/2018

**Trustee Name:** Patti J. Sullivan (430100)
**Bank Name:** Rabobank, N.A.
**Account #:** ******4766 Checking Account
**Blanket Bond (per case limit):** $26,510,000.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4766 Checking Account | $8,833.89 | $8,833.89 | $0.00 |
| | $8,833.89 | $8,833.89 | $0.00 |

10/12/2018
Date

/s/Patti J. Sullivan
Patti J. Sullivan

UST Form 101-7-TDR (10 /1/2010)